Ex parte STELZIG. (Court of Criminal Appeals of Texas. Oct. 18, 1911.) Appeal from District Court, Matagorda County; Wells Thompson, Judge. Habeas corpus by Frank Stelzig to have bail granted. Denied, and ap-

plicant appeals. Reversed, and bail granted. Holland & Krause, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Relator is being prosecuted, charged with the murder of Will Clements. He sued out a writ of habeas corpus before Hon. Wells Thompson, judge of the district court, who, after hearing the evidence, denied the applicant bail, and remanded him to the custody of the sheriff. We have carefully read the statement of facts, and are of the opinion that the court erred. This cause is reversed, and relator granted bail in the sum of $10,000, returnable to the next term of the district court of Matagorda county. Reversed, and bail granted.

DAVIDSON, P. J., absent.